**Qais Anthony Alkhlali**
**14582 Sweetan St, Irvine, CA, 92604**
**Iqais.kh@gmail.com**
**707-797-7079**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 1 2 2025

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QAIS ANTHONY ALKHLALI,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>Defendant. | CASE NO. 8:25-cv-01457-JWH-JDE<br><br>DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT BANK OF AMERICA, N.A. TO PROVIDE COMPLETE RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES<br><br>Date: Thursday, December 18, 2025<br><br>Time: 10:00 a.m.<br><br>Courtroom: 6A, Santa Ana Courthouse<br><br>Before: The Honorable John D. Early,<br><br>United States Magistrate Judge |

I, Qais Anthony Alkhlali, am the Plaintiff in the above-entitled case. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would competently testify thereto.

Declaration                                                                    Case No.: 8:25-cv-01457-JWH-JDE

On October 1, 2025, I served Defendant Bank of America, N.A. ("BANA") with Plaintiff's First Set of Interrogatories.

**Defendant Bank of America, N.A. RESPONDED on OCTOBER 31, 2025**

On November 1, 2025, I sent a written meet-and-confer correspondence identifying Specific deficiencies in Defendant's responses under the Federal Rules of Civil Procedure **33 and 37.** A true and correct copy of this correspondence is available for review.

On November 5, 2025, Defendant's counsel, Ms. Kristin Lee, responded by email Provided a short written response by email addressing portions of my inquiries. However, the response was not verified, did not contain any supplemental or corrected interrogatory answers under oath, and failed to identify any Bates-numbered documents as required by Rule 33(d). A true and correct copy of this correspondence is available for review.

On November 7, 2025, I sent a second written meet-and-confer correspondence, again identifying deficiencies and requesting supplementation by November 10, 2025. A true and correct copy of this correspondence is available for review.

On November 10, 2025, Defendant's counsel again declined to supplement and Proposed a phone call instead. I responded that I preferred to continue in writing, so The record remains clear. A true and correct copy of this exchange is available for Review.

On November 12, 2025, Defendant's counsel sent a follow-up email attaching a proposed protective order concerning documents they labeled as "confidential." However, the documents referenced are copies of records that I already possessed prior to this litigation. Accordingly, they are not confidential as to me as the "PLAINTIFF.

Declaration                                             2                    Case No.: 8:25-cv-01457-JWH-JDE

In any event, the proposed protective order does not cure Defendant's failure to provide verified, complete, and non-evasive interrogatory responses under Rules 33 and 37, and is unrelated to the deficiencies raised in this motion. A true and correct copy of this exchange is available for review.

Despite my Good Faith efforts to confer under **Local Rule 37-1**,

The parties were unable to reach an agreement or prepare a Joint Stipulation under Local Rule 37-2.

Accordingly, I proceed by notice motion pursuant to Local Rule 37-2.4,

I make this declaration in support of my Motion to Compel Defendant Bank of America, N.A., to provide full, complete, verified, and non-evasive responses to Plaintiff's First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November _, 2025, in Irvine, California.

Respectfully,

NOVEMBER 12, 2025

**QAIS ANTHONY ALKHLALI**
**Pro se Plaintiff**
**14582 Sweetan St, Irvine, CA, 92604**
**Iqais.kh@gmail.com**
**707-797-7079**

Declaration                                    3                    Case No.: 8:25-cv-01457-JWH-JDE