Name, Address and Telephone Number of Attorney(s):

CLEAR FORM

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER |
|---|---|
| Qais Anthony Alkhlali | 8:25-cv-01457-JWH-JDE |
| Plaintiff(s) | |
| v. | |
| Bank of America, NA. | **MEDIATION REPORT** |
| Defendant(s). | |

*Instructions: The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1.  [x] A mediation was held on (date): January 20, 2026 .

    [ ] A mediation did not take place because the case settled before the session occurred.

2.  The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

    [x] Appeared as required by L.R. 16-15.5(b).

    [ ] Did not appear as required by L.R. 16-15.5(b).

    [ ] Plaintiff or plaintiff's representative failed to appear.
    [ ] Defendant or defendant's representative failed to appear.
    [ ] Other:

3.  Did the case settle?

    [ ] Yes, fully, on _____ (date).
    [ ] Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
    [ ] Yes, partially, and further facilitated discussions are **not** expected.
    [x] No, and further facilitated discussions are expected. *(See No. 4 below.)*
    [ ] No, and further facilitated discussions are **not** expected.

4.  If further facilitated discussions are expected, by what date will you check in with the parties?

    February 20, 2026

Dated: February 2, 2026

_____
Signature of Mediator
*Thomas P. Hanrahan*

*The Mediator must electronically file original document in CM/ECF using one of four choices under "Civil => Other Filings => ADR/Mediation Documents => Mediation Report (ADR-3)."*

_____
Name of Mediator (print)

ADR-03 (10/19)    MEDIATION REPORT    Page 1 of 1